ACCEPTED
03-15-00034-CV
5930003
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/2/2015 7:46:36 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00034-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/2/2015 7:46:36 PM
JEFFREY D. KYLE
Clerk

JUAN O. LOPEZ d/b/a J.J. CONSTRUCTION CO.,

Appellant

v.

DAVE H. BUCHHOLZ and MARY A. BUCHHOLZ

Appellees

On Appeal from the 274th Judicial District Court of Comal County, Texas
Cause No. C2014-0259C

**APPELLEE'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE RESPONSE TO APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellees, Dave H. Buchholz and Mary A. Buchholz, pursuant to TEX. R. APP. P, Rules 10.5(b) and 38.6(d), asks this Honorable Court for an extension of time within which to file their Response to Appellant's Brief in the above captioned matter.

1. Appellees request an extension of time for six (6) days, until Thursday, July 2, 2015.

2. Appellees are filing their brief on the merits contemporaneously with this motion for an extension of time.

1

3. This is Appellees third request for an extension of time in which to file his Brief.

4. Appellees' reply brief was due on June 26, 2015. Counsel planned to complete and file the brief on June 26, 2015, but unanticipated scheduling conflicts interfered with that goal. Furthermore, counsel was scheduled to be on vacation from June 27 through July 1, 2015, preventing completion on those dates.

5. Therefore, Appellees request an extension of time for six (6) days, until Thursday, July 2, 2015.

6. Appellant's counsel is **not** opposed to the extension of time.

7. This request is not sought for delay, but so that justice may be done.

**Prayer**

For the foregoing reasons, Appellee respectfully asks this Honorable Court for an extension of the deadline to file Appellees' Brief for additional period of six (6) days, that is, until July 2, 2015 and for such other and further relief to which they may be entitled.

Respectfully submitted,

THE VETHAN LAW FIRM, P.C.

/s/ *Joseph L. Lanza*
Joseph L. Lanza
Texas Bar No. 00784447
8700 Crownhill Blvd., Suite 302
San Antonio, Texas 78209

2

(210) 824-2220 voice
(210) 826-2223 facsimile
Counsel for Appellee,
Dave H. Buchholz and Mary A. Buchholz

## CERTIFICATE OF CONFERENCE

I certify that on June 29, 2015, I conferred with Appellant's counsel, Mr. Richard McSwain, regarding the requested extension and counsel is <u>not opposed</u> to the grant of such extension for an additional 6 days.

/s/ *Joseph L. Lanza*
Joseph L. Lanza

3

## CERTIFICATE OF SERVICE

I certify that on July 2, 2015, a true and correct copy of this was served to each

person listed below:

COATS|ROSE                                                     *Via Electronic Service*
Richard C. McSwain
Adam J. Richie
Ryan T. Kinder
Jamie Cohen
1020 Northeast Loop 410, Suite 800
San Antonio, Texas 78209
Attorney for Appellant Juan O. Lopez d/b/a J.J. Construction Co.


<u>/s/ Joseph L. Lanza</u>
Joseph L. Lanza